**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRANDON IRA WILCHCOMBE** | : | |
| | : | |
| v. | : | No.: 26-cv-1331 |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |

**ORDER**

**AND NOW,** this ____ day of ______________ 2026, upon consideration of Plaintiff's Motion to Extend Time to Respond to Defendant, TLH TD Properties LLC's Rule 12(b)(6) Motion to Dismiss, and Defendant, TLH TD Properties LLC's Response in Opposition thereto, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion is **DENIED.**

**BY THE COURT:**

______________________________
HON. KELLEY BRISBON HODGE, U.S.D.J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRANDON IRA WILCHCOMBE** | : | |
| | : | |
| v. | : | No.: 26-cv-1331 |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |

**DEFENDANT, TLH TD PROPERTIES LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT, TLH TD PROPERTIES LLC'S RULE 12(b)(6) MOTION TO DISMISS**

Defendant, TLH TD Properties LLC, by and through its undersigned counsel, hereby provides this Response to Plaintiff's Motion to Extend Time to Respond to Defendant, TLH TD Properties LLC's Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint with Prejudice with Request to Strike ECF Doc. 40 or, in the Alternative, Motion for Leave to File Defendants' Motion to Dismiss, as follows:

1. [1]Denied. As this Honorable Court's Order of June 26, 2026 is a document that speaks for itself, Plaintiff's mischaracterizations thereof are denied. It is specifically denied that this Honorable Court entered any stay in this matter. *See generally* Docket. *See* ECF Doc. 47. Instead, this Honorable Court, in its June 26, 2026 Order, specifically granted Co-Defendants' request for "an extension of time to respond to Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF 45) and Plaintiff's emergency Motion to Defer Ruling (ECF 46)". ECF Doc. 47. This Honorable Court then specifically order that the "time for defendants to respond to the said Motions is **EXTENDED** and a new deadline for the said responses shall be

[1] Plaintiff's Motion failed to set forth numbered paragraphs. Doc. 51. Nonetheless, in order to provide an appropriate response, Defendant sets forth this response to response to each paragraph set forth in Plaintiff's Motion.

determined following the status conference…”. *Id.* This Honorable Court did not enter any stay or issue any extension to *Plaintiff* to respond to any filing.

2. Admitted. By way of further response, a “Praecipe” for “Entry of Default Judgment” is inappropriate in Federal Court and has no legal effect. *See* FED.R.C.P. 55. Moreover, even in Pennsylvania State Court, which uses preaecipes, it is nonetheless not a filing to which an opposing party files a “Response in Opposition”. Moreover, Plaintiff has, to date, failed to effectuate service upon Defendant, TLH TD Properties LLC. *See generally* ECF Doc. 50.

3. Admitted.

4. Denied. Defendant, TLH TD Properties LLC does not have sufficient information to admit or deny what Plaintiff believed. Nonetheless, to the extent Plaintiff genuinely was mistaken, the mistaken belief was not reasonable. *See supra.* Any remaining factual allegations herein are denied.

5. Denied. Defendant, TLH TD Properties LLC does not have sufficient information to admit or deny what Plaintiff understands. Nonetheless, to the extent Plaintiff genuinely was mistaken, the mistaken belief was not reasonable. *See supra.* Any remaining factual allegations herein are denied.

By way of further response, a *pro se* plaintiff “is not excused from conforming to the standard rules of civil procedure.” *Gagliardi v. Fisher*, 513 F. Supp. 2d 457, 470 (W.D. Pa. 2007) (citing *McNeil v. United States*, 508 U.S. 106, 113 (1993) (“[W]e have never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel....”); *Haines v. Kerner*, 404 U.S. 519, 520 (1972)).

Plaintiff’s Motion is untimely as it was filed seventeen (17) days after Defendant’s Motion to Dismiss was filed. *See* ECF Doc. 4. In fact, Plaintiff was specifically on notice that

Local Rule 7.1 required Plaintiff "to file and serve a proper response to all motions within fourteen (14) days unless the Judge assigned to your case directs otherwise." *Id.* at Page 1-2.

As this Honorable Court never directed Plaintiff not to respond to Defendant, TLH TD Properties LLC's Rule 12(b)(6) Motion to Dismiss, Plaintiff failed to timely file a response. Further, Plaintiff has failed to establish good cause under Rule 6 for an extension out of time. F.R.C.P. (b)(1)(B).

**WHEREFORE,** Defendant, TLH TD Properties LLC, by and through its undersigned counsel, respectfully requests this Honorable Court deny Plaintiff's Motion.

Respectfully submitted,

**WEISBERG LAW**

*/s/ L. Anthony DiJiacomo, III*
Matthew B. Weisberg
Attorney Id. No. 85570
L. Anthony DiJiacomo, III
Attorney Id. No. 321356
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
mweisberg@weisberglawoffices.com
adijiacomo@weisberglawoffices.com
*Attorneys for Defendant, TLH TD Properties, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRANDON IRA WILCHCOMBE** | : | |
| | : | |
| v. | : | No.: 26-cv-1331 |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |

**CERTIFICATE OF SERVICE**

I, L. Anthony DiJiacomo, III, Esq., hereby certify that on this 16th day of July 2026, a true and correct copy of the foregoing Response and Proposed Order were served via ECF on all counsel of record and *pro se* parties.

I, L. Anthony DiJiacomo, III, Esq., hereby certify that on this 16th day of July 2026, a true and correct copy of the foregoing Response and Proposed Order were also served via U.S. Mail on the following *pro se* parties:

Brandon Ira Wilchcombe
C/O Trust Management Associates Inc.
1650 Market Street, Ste. 3600
Philadelphia, PA 19103

Respectfully submitted,

**WEISBERG LAW**

*/s/ L. Anthony DiJiacomo, III*
Matthew B. Weisberg, Esq.
PA Attorney Id. No. 85570
L. Anthony DiJiacomo, III, Esq.
PA Attorney Id. No. 321356
7 S. Morton Avenue
Morton, PA 19070
P-610-690-0801
F-610-690-0880
mweisberg@weisberglawoffices.com
adijiacomo@weisberglawoffices.com
*Attorneys for Defendant,*
*TLH TD Properties LLC*