**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRANDON IRA WILCHCOMBE**<br><br>**Plaintiff**<br><br>**v.**<br><br>**CITY OF PHILADELPHIA, RENEE GARCIA, INDIVIDUALLY AND IN HER CAPACITY AS THE CHIEF PHILADELPHIA CITY ATTORNEY, JAMES ZWOLAK, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF REAL ESTATE ATTORNEY FOR THE CITY OF PHILADELPHIA, GOEHRING RUTTER & BOEHM, GEORGE V. BAKER, JR., ROCHELLE BILAL, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS THE SHERIFF OF PHILADELPHIA COUNTY, PHILADELPHIA COUNTY SHERIFF'S OFFICE, BID4ASSETS, INC., AND TLH TD PROPERTIES LLC**<br><br>**Defendants** | : | **CIVIL ACTION**<br><br>**NO. 2:26-cv-01331- KBH**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS GEORGE V. BAKER, JR. AND GOEHRING RUTTER & BOEHM'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) and 12(b)(1)**

Defendants, George V. Baker, Jr. and Goehring Rutter & Boehm, by and through their counsel, hereby file this Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to

Federal Rules of Procedure 12(b)(6) and 12(b)(1) and in support thereof, Defendants rely upon the accompanying Memorandum of Law attached hereto. Moving Defendants respectfully request that this Honorable Court dismiss all claims against them with prejudice.

Respectfully Submitted,

By: /s/ Jane C. Schleichter

Jane C. Schleichter, Esquire
Attorney for Goehring Rutter & Boehm
and George V. Baker. Jr.
Pennsylvania I.D. No. 92144
GRB Law
1601 Cherry Street, Suite 100
Philadelphia, PA 19102
Telephone: (215) 735-1910
Email: jschleichter@grblaw.com

Dated: November 9, 2026